IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MYRTLE DUPREE,<br>　　Plaintiff,<br><br>v.<br><br>PENNYMAC LOAN SERCIVES LLC,<br>　　Defendant. | §<br>§<br>§<br>§　　Civil Action No. 3:16-CV-0632-N-BK<br>§<br>§<br>§ |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed.  The Court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 7th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE